DATE 1/28/13

BEFORE JUDGE Weinstein            AT  10:45   A.M/~~P.M.~~

C/R ~~or ECR~~ L. Schmid            MAG. _____

CIVIL CAUSE FOR STATUS CONFERENCE

Docket Number CV 10-897

Title Marshall Greenberg vs LVI services

Appearances: For Pltff. Michael O'Neill

For Deft. Roger Burton

Other: _____

✓ Case called.

✓ Counsel for all parties present.

____ Counsel for _____ not present.

✓ Conference held.

____ Parties advised the Court that the case has been settled.

____ Discovery completed. _____ Discovery pending

____ Discovery to be completed by _____.

____ Next conference scheduled for _____.

____ Case marked ready for trial on _____.

____ Pre-trial order signed and given to parties.

____ Jury to be selected on _____.

✓ Motion is to be filed promptly. It will be heard 3/28/13 @ 10 am