*45 mins*

DATE _5/15/13_

BEFORE JUDGE _Weinstein_                    AT_____A.M/P.M.

C/R or ECR _A. Sherman_                      MAG._____

### CIVIL CAUSE FOR MOTION HEARING

Docket Number _CV10-897_

Title: _Marshall Greenberg_ vs. _Local 14-14B_

(Pltff.) (Deft.)_____ motion for _summary judgment_

_____

_____

Appearances: For Pltff. _John Lambros_

_____

For Deft. _James Steinberg_

_Joseph Green_

___✓___ Case called.

___✓___ Counsel for all sides present.

_____ Counsel for _____not present.

___✓___ Motion argued._____Motion Granted_____Motion Denied.

___✓___ Decision reserved.

_____ Order to be submitted by_____.

_____ Case adjourned to_____for_____

_____ Other_____

_____

_____